UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON FAIRCHILD,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:21-cv-00291-DMS-MSB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER ALLOWING CM/ECF ACCESS** |

This case comes before the Court on Plaintiff's ex parte application for an order allowing her access to the CM/ECF system. Plaintiff has satisfied the rules for pro se litigants to gain access to the system, and thus, the Court grants her application. Plaintiff shall be granted access to the CM/ECF system, and may file documents in this case electronically.

**IT IS SO ORDERED**.

Dated: March 2, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana. M. Sabraw
　　　　　　　　　　　　　　　　　　　United States Chief District Judge